**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

**U.S. vs. YOUNES MOUSTAFA YOUNES**

**GOVERNMENT'S EXHIBIT LIST**

| Ex # | Description | Identify | Admit |
|---|---|---|---|
| 1 | Photo of phone in solution | | |
| 2 | Photo of phone in solution | | |
| 3 | Photo of shredder in shower | | |
| 4 | Photo of shredder in shower (closeup) | | |
| 5 | 050626 ATM Photo | | |
| 6 | 122125 ATM Photo | | |
| 7 | 021826 ATM Photo | | |
| 8 | 022726 ATM Photo | | |
| 9 | 031326 ATM Photo | | |
| 10 | 040326 ATM Photo | | |
| 11 | 040626 ATM Photo | | |
| 12 | 041026 ATM Photo | | |
| 13 | 052426 ATM Photo | | |
| 14 | 060126 ATM Photo | | |
| 15 | 061026 ATM Photo | | |
| | | | |
| | | | |